```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05032
   RICHARD DEVEREAUX
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2075


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 03/04/2008 and was not confirmed.

   The case was dismissed without confirmation 05/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE               UNSECURED            907.36          .00            .00
CAPITAL ONE               UNSECURED            810.73          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED           4514.92          .00            .00
OPTION ONE MORTGAGE       CURRENT MORTG           .00          .00            .00
OPTION ONE MORTGAGE       SECURED NOT I     28303.41          .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------        --------------
TOTALS                         .00                    .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                     /s/ Tom Vaughn
      Dated: 08/26/08                _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```